IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER ROBERTSON,

Petitioner,

v.

CARL W. GADD,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3809

Opinion filed March 2, 2015.

Petition for Writ of Prohibition.

Jennifer Erin Jones of McIntyre, Thanasides, Bringgold, Elliott, Grimaldi & Guito, P.A., Tampa and Byron Flagg of The Flagg Firm, P.L., Gainesville, for Petitioner.

David G. Henry of Morgan & Morgan, P.A., Tampa, for Respondent.

PER CURIAM.

DENIED. See Mederos v. State, 102 So. 3d 7 (Fla. 1st DCA 2012).

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.